**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:   Leona Victoria Foster** | **Case No. 24-50717-KMS** |
| **James Ray Foster, Debtors** | **CHAPTER 13** |

<u>**THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND**</u>
<u>**REIMBURSEMENT OF NECESSARY EXPENSES**</u>
<u>**FOR THOMAS C. ROLLINS, JR.**</u>

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the debtors, and files this *Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On May 20, 2024, Debtors filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award.  Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour.  Paralegals are billed at a rate of $155.00 per hour.  Legal Assistants bill at $100.00 per hour.  Said rates are reasonable and in keeping with community custom and standards for attorneys in this area.  T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtors herein did not provide a retainer.

4. Throughout our representation of the Debtors herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided.  The services provided by the firm were reasonable in view of the circumstances of this case.

5.    The Court previously approved compensation in the amount of $3,679.56 (Dk #20) and $394.59 (Dk #32).

6.    The chapter 13 Trustee has disbursed $636.76 on this/these claims as of April 14, 2025.

7.    The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $626.00 and expenses in the amount of $11.88 for a total of $637.88. A detailed accounting of which is attached hereto as Exhibit "A".

8.    This is the Applicants' Third request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from December 3, 2024 to April 14, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses.  Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

1
2
3
4
5
6
7
8
9
10

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Leona Victoria Foster<br>James Ray Foster | CASE NO: 24-50717-KMS<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

11   On 4/16/2025, I did cause a copy of the following documents, described below,

12   Application for Compensation

Exhibit A Invoice

13   Exhibit C Affidavit

14
15
16
17
18

19   to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

20   I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.

21   com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

22

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been

23   served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/16/2025

24                                                  /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr.  103469

25

                                                    The Rollins Law Firm
26                                                  702 W. Pine Street
                                                    Hattiesburg, MS  39401
27                                                  601 500 5533
                                                    trollins@therollinsfirm.com

28

1

2

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

4

5

IN RE:                                              CASE NO: 24-50717-KMS

6
Leona Victoria Foster                        **CERTIFICATE OF SERVICE**
James Ray Foster                             **DECLARATION OF MAILING**

7

Chapter: 13

8

9

10

11   On 4/16/2025, a copy of the following documents, described below,

12   Application for Compensation

Exhibit A Invoice

13   Exhibit C Affidavit

14

15

16

17

18

19   were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient
     postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth
20   herein.

     The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
21   referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of
     Service and that it is true and correct to the best of my knowledge, information, and belief.

22
     DATED: 4/16/2025

23

24

25
     _____
     Miles Wood
26   BK Attorney Services, LLC
     d/b/a certificateofservice.com, for
27   Thomas C. Rollins, Jr.
     The Rollins Law Firm
28   702 W. Pine Street
     Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

JAMES AND LEONA FOSTER
10195 ORCHID MAGNOLIA DR
GULFPORT MS 39503