

# INVOICE

Invoice # 7802
Date: 04/14/2025
Due On: 05/14/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Leona Victoria Foster and James Ray Foster

## 05328-Foster Leona Victoria Foster and James Ray

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 12/03/2024 | Reviewed court docket for Orders Granting Application for Compensation; reviewed trustee's site to determine amount of attorney's fees paid to date; drafted 2nd Invoice, 2nd Application for Compensation, Affidavit, Accounting, and Proposed Order; | 0.50 | $0.00 | $0.00 |
| Service | KR | 12/04/2024 | Reviewed email memo from VM re:signed affidavit | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/05/2024 | Received Declaration of Mailing from Certificate of Service; prepared the Application for Compensation with Declaration of Mailing attached, the Exhibits and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | TR | 12/17/2024 | Review: 24-50717-KMS Order on Application for Compensation Document# 32 | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/21/2024 | Review: 24-50717-KMS Hearing Set - Bankruptcy Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/21/2024 | Review: 24-50717-KMS Motion for Relief From Stay Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 12/30/2024 | Call Debtor: Telephone conference with debtor regarding the motion for relief submitted by her mortgage company; debtor stated she was short on her October mortgage payment | 0.40 | $100.00 | $40.00 |

Invoice # 7802 - 04/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and this has caused her to fall behind since and she has not been able to catch up - debtor believes she will need to borrow from her 401k to bring her mortgage payments current; informed debtor that it is preferred that she not obtain any new debts but that I would inform the attorney of her wishes and that we would contact her back | | | |
| Service | KAR | 12/30/2024 | Call Debtor: Telephone conference with debtor informing her that she would not be able to take a loan out of her 401k as she needs approval to do that and that she would need to find another course of action for catching up on her mortgage; debtor stated that she did not have another option besides to just make payments as she could - she stated she would make a payment this week but did not know how much her check would be or how much she would be able to pay - debtor stated she would do her best to catch up and possibly pay all of it once she received her tax refund | 0.20 | $100.00 | $20.00 |
| Service | JC | 01/01/2025 | Reviewed Nationstar's MFR; drafted Response; drafted memo to TR attaching same for his review. | 0.30 | $155.00 | $46.50 |
| Service | TR | 01/02/2025 | review and approve response drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/02/2025 | Reviewed memo from TR approving Response to Motion for Relief; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/07/2025 | Review: 24-50717-KMS Order Setting, Resetting, or Continuing a Hearing Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/16/2025 | Reviewed voicemail from debtor informing about her mortgage payments. Forwarded voicemail to KAR. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/21/2025 | Reviewed vm from debtor stating that she paid the mortgage payment for January and that she would contact us when she paid the mortgage for February | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/24/2025 | Call Debtor: Called debtor, left voicemail, drafted text message | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | informing Nationstar filed a MFR and inquiring if she has brought payments current and if so, requested proof; and if not, does she want to add the mortgage to her plan. | | | |
| Service | JC | 01/24/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she has brought the mortgage current and can scan the receipt from Walmart showing Western Union payment; reviewed MFR; drafted reply requesting receipts from October - January payments. | 0.10 | $0.00 | $0.00 |
| Service | BB | 01/24/2025 | Reviewed voicemail from debtor stating she is calling for JC. Forwarded voicemail to JC. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/24/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor with proof of payment to mortgage company and informing she broke her elbow and sent her niece to make her payment but since she was short on the payment, they did not apply it; organized receipt in case file. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/27/2025 | Contact Debtor (Text/Email): Reviewed text message from debtors inquiring if we would recommend adding mortgage to plan although they have brought mortgage current; drafted reply informing I would ask TR and let them know; drafted e-mail to TR inquiring same | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/29/2025 | Contact Debtor (Text/Email): Reviewed e-mail memo from TR informing he thinks adding the mortgage to the plan is a good idea; drafted text message to debtor informing we will add to the plan, and that she needs to continue to pay her mortgage until the Court orders otherwise; drafted task memo to TR regarding same. | 0.10 | $155.00 | $15.50 |
| Service | TR | 01/30/2025 | Review file - email E. Miller on MFR hearing | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/10/2025 | Review: 24-50717-KMS Withdraw Pleading/Document Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/10/2025 | Review and sign proposed AO by email | 0.10 | $360.00 | $36.00 |

Invoice # 7802 - 04/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 02/10/2025 | Contact Debtor (Text/Email): Drafted text message to each debtor informing we cannot add their bankruptcy to their plan at this time, that they need to continue to pay direct, and that they need to catch up any delinquent payments; requested read receipt. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/10/2025 | Contact Debtor (Text/Email): Reviewed text messages from both debtors acknowledging receipt of text message regarding paying mortgage direct and informing they are current on their mortgage payments; drafted replies to both. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/12/2025 | Reviewed e-mail from debtor attaching copy of mortgage payment receipt; drafted replay regarding same | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/12/2025 | Review: 24-50717-KMS Minute Entry (CHAP) Document# 43 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/25/2025 | Review: 24-50717-KMS Order Withdrawing Pleading/Document Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/04/2025 | Review: 24-50717-KMS Order on Motion to Extend Time Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/11/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/14/2025 | Reviewed 1st and 2nd Applications, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; began drafting 3rd Application for Compensation. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$626.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/04/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 12/04/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 04/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 3rd Fee Application estimate | 1.00 | $3.50 | $3.50 |

Invoice # 7802 - 04/14/2025

| | | | | Expenses Subtotal | $11.88 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.3 | $360.00 | $108.00 |
| | Jennifer Curry Calvillo | Attorney | 0.1 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 0.7 | $360.00 | $252.00 |
| | Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | Jacki Curry | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |
| | Kirsten Raimey | Non-Attorney | 0.7 | $100.00 | $70.00 |
| | Kerri Rodabough | Non-Attorney | 0.8 | $0.00 | $0.00 |
| | | | | Subtotal | $637.88 |
| | | | | Total | $637.88 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6734 | 09/01/2024 | $3,679.56 | $0.00 | $3,679.56 |
| 7297 | 01/02/2025 | $394.59 | $0.00 | $394.59 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7802 | 05/14/2025 | $637.88 | $0.00 | $637.88 |

| | | | Outstanding Balance | $4,712.03 |
| | | | Total Amount Outstanding | $4,712.03 |

4/14/25, 3:37 PM                                                                 Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   [4]   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?   [1]   parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.   [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.   [1]

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  | 2 |
|---|---|
| Date and Time: | Mon Apr 14 2025 15:37:27 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 4 |
| Sheets Per Envelope | 2 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                                  0.76 |
| Postage Cost: | $                                                                  0.73 |
| Total Cost: | $                                                 3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED